ACCEPTED
01-15-00302-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/3/2015 10:42:04 AM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 01-15-00302-CR**

**IN THE COURT OF APPEALS FOR THE
FIRST SUPREME JUDICIAL DISTRICT
AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/3/2015 10:42:04 AM
CHRISTOPHER A. PRINE
Clerk

**JASON BURROWS v. THE STATE OF TEXAS**

**STATE'S MOTION FOR EXTENSION OF TIME
TO FILE STATE'S BRIEF**

COMES NOW THE STATE OF TEXAS, by and through the Criminal District Attorney of Brazoria County, Texas, and presents its Motion for Extension of Time to File State's Brief and in support thereof would show the following:

I.

A.     TRIAL COURT: Style of case, cause number and trial court.

1. Trial Court:     412th District Court, Brazoria County, Texas

2. Style of Case:   Jason Burrows v. The State of Texas

3. Cause No.        74447

B.     CHARGES:        Official Oppression

C.     DEADLINE FOR FILING:  December 7, 2015

D.     LENGTH OF TIME REQUESTED FOR EXTENSION:

30 days until January 6, 2015.

1

E.    PREVIOUS NUMBER OF EXTENSIONS GRANTED:

No Previous Extensions

II.

Below, I have listed my recently completed projects and projects due in the near future:

**RECENTLY COMPLETED MAJOR PROJECTS**

- Evidentiary submission May 13, 2015 in writ of habeas corpus ***Ex parte Jose Lomeli***, no. 71293-A.

- State's Answer with accompanying documents to DNA motion on May 26, 2015 on ***Ex parte Monzelle Steptoe***, no. 58852-6.

- Attended ***Appellate Seminar*** May 27-29 2015.

- Response to Writ of Mandamus on ***Re Joshua Tyrone Lane***; nos. 01-15-00460-CR & 01-15-00461-CR on June 8, 2015.

- Brief filed on the ***death penalty capital murder*** case in ***James Harris, Jr. v. State of Texas***, no. AP-77,029 on August 3, 2015. The majority of my time has been devoted to this very long and involved brief with by far the longest record I have ever dealt with.

-Discovery hearing on capital murder 11.071 writ in ***Ex parte James Harris, Jr.***, no. 67063-A on August 17, 2015. This State's attorney will be responsible for handling all matters on this 11.071 writ.

-Response filed on quasi–*Anders* brief on ***Trumaine Williams v. State***, no. 14-15-00262-CR on August 25, 2015.

-Brief filed on ***Bridget Miller v. State***, no. 01-14-00930-CR on August 31, 2015.

-Brief filed on *Andrew Allen*, nos. 14-15-00115-CR; 14-15-00116-CR on October 7, 2015.

-Brief filed on *Dorsey Nathaniel Carr*, no. 01-15-00246-CR on October 21, 2015.

-Evidentiary submission on 11.07 writ on *Lawrence Silva*, no. 46816-A on November 5, 2015.

-Brief filed on *Jordan Nichols*, no. 14-15-00259-CR on November 17, 2015.

-DNA motion response on *Thomas Moreland*, 54671-2 filed November 20, 2015.

-Vacation November 23-27, 2015 (first vacation for the year).

-Preparing and filing answers and findings on a number of writ of habeas corpus; preparing research for the District Attorney and trial counsel on numerous occasions; various administrative matters; and presenting new appellate opinions for staff meetings.


**MAJOR PROJECTS DUE IN NEAR FUTURE**

-Brief due on *Tamara Hines*, no. 14-15-00325-CR on December 28, 2015 (One extension granted).

-Brief due on *Jason Burrows*, no. 01-15-00302-CR on December 7, 2015 (Current case).

-Brief due on *Joshua Plaster*, no. 14-15-00522-CR on December 21, 2015.


*In addition to the above major projects this attorney is responsible for the more minor, but nonetheless time consuming day to day work, set out below.*

I am responsible for handling felony, misdemeanor, and juvenile appeals; 11.07, 11.09, 11.071, and 11.072 writs of habeas corpus; reviewing mandated cases to verify the defendants' sentencing setting; motions for DNA testing; continuing legal education for the trial attorneys; and aiding trial counsel and the District Attorney in legal research immediately before and during trial. This Motion is made so that justice may be done in this cause, and not for purposes of delay.

**WHEREFORE, PREMISES CONSIDERED**, the State prays that the Court grant this Extension of Time to File State's Brief.

Respectfully submitted,

/S/ DAVID BOSSERMAN

DAVID BOSSERMAN
Assistant District Attorney
111 E. Locust, Suite 408A
Angleton, Texas 77515
(979) 864-1232;
fax (979) 864-1525
Bar Card No. 02679520
davidb@brazoria-county.com

THE STATE OF TEXAS       §
COUNTY OF BRAZORIA      §

BEFORE ME, the undersigned authority, on this day personally appeared DAVID BOSSERMAN, Attorney for the State herein, and states on his oath that he has read all of the foregoing document and allegations of fact contained therein, and states he knows that within his own knowledge, the same are true and correct.

/S/ DAVID BOSSERMAN
DAVID BOSSERMAN

SUBSCRIBED TO AND SWORN TO BEFORE ME, on this the 3rd day of December, 2015 to certify which, witness my hand and seal of office.

/S/  MYRLIN LESIKAR
MYRLIN LESIKAR,
NOTARY PUBLIC
Commission Exp. FEB. 28, 2017

## CERTIFICATE OF SERVICE

The undersigned Attorney for the State of Texas certifies that a true copy of this motion was served by e-filing in accordance with Rule 9.5 of the Rules of Appellate Procedure on Appellant's attorney, Scot R. Courtney, P.O. Box 787, San Marcos, Texas 78667-0787; e-mail sanmarcoslaw@gmail.com, on this 3rd day of December, 2015.

/S/  DAVID BOSSERMAN
DAVID BOSSERMAN